No. 73–2001. MITCHELL ET AL. *v.* SIRICA, U. S. DISTRICT JUDGE. C. A. D. C. Cir. Motion to expedite granted. Certiorari denied. MR. JUSTICE REHNQUIST took no part in the consideration or decision of this motion and petition.

No. 73–1650. KERNER *v.* UNITED STATES, 417 U. S. 976. Motion to expedite granted. Petition for rehearing denied. MR. JUSTICE MARSHALL took no part in the consideration or decision of this motion and petition.